■ In the Matter of DAVLEE CONSTRUCTION CORP. et al., Respondents, v. TOWN OF HUNTINGTON et al., Appellants.— Motion by petitioners-respondents for reargument denied. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ.

■ In the Matter of ALBERT SHELTON, an Attorney, Respondent. DENIS M. HURLEY, Petitioner.— Motion by respondent for leave to appeal to the Court of Appeals from an order of this court, dated June 11, 1962, disbarring respondent, and to stay the effective date of his disbarment. Motion for leave to appeal to the Court of Appeals, denied. Motion for a stay granted to the extent of postponing the effective date of respondent's disbarment until July 21, 1962. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ MERRITT MANOR ESTATES, INC., et al., Respondents, v. VILLAGE OF ELMSFORD et al., Defendants, and ANTHONY TURECK, Appellant.— Motion by appellant for a stay pending appeal denied. Beldock, P. J., Christ, Brennan and Hopkins, JJ., concur.

■ EVA P. MEYER, Respondent, v. LYONEL J. MEYER, Appellant.— Motion by appellant to discontinue appeals granted; appeals discontinued, without costs. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ SEAGIRT REALTY CORP., Respondent, v. JACK CHAZANOF, Appellant.— Motion by appellant for a stay of judgment, pending appeal therefrom, granted on condition: (1) that, within 20 days after entry of the order hereon, appellant shall file with the County Clerk, an undertaking for $1,500 with corporate surety, to pay any damage or loss suffered by respondent by reason of this stay and to pay the costs of the appeal, in the event that the judgment should be affirmed or the appeal dismissed; and (2) that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 1, 1962; appeal ordered on the calendar for said term. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ ROGER SCHMIDT et al., Appellants, v. BARMARC STEEL CORP. et al., Defendants-Respondents and Third-Party Plaintiffs. THOM G. ROME, Third-Party Defendant.— Motion by appellants for a stay of an order, pending appeal therefrom, granted, on condition that appellants perfect the appeal and be ready to argue or submit it at the October Term, beginning October 1, 1962; appeal ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before August 27, 1962. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ ROSE FAIR, INC. et al., Appellants, v. NORTHVILLE DOCK CORPORATION et al., Respondents, et al., Defendant.— Motion by appellants to delete certain papers from the record on an appeal from part of an order dated April 12, 1962. Motion granted to the extent of granting leave to appellants to dispense with the printing of all papers other than those relating to the two portions of the order from which they appeal, on condition that all the original papers recited in the order and used in the court below, be submitted on the argument of the appeal. This disposition is without prejudice to a motion to dismiss the appeal on the ground that it was not timely taken, if respondents be so advised. Motion by appellants for a stay denied. Beldock, P. J., Ughetta, Kleinfeld and Brennan, JJ., concur.

■ DOROTHY HARRIS, Plaintiff, v. WILLIAM HARRIS, Defendant.— Motion by defendant for a stay of judgment, pending determination of his motion in this court, returnable September 10, 1962, for leave to appeal to this court from an order of the Appellate Term. Motion for stay denied. Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.